UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ECF CASE |
| v. | NOTICE OF APPERANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| YOHEIDY JOSE GONZALEZ ALMONTE, | |
| Defendant. | No. 24 Cr. 657 (JSR) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

by: _/s/ Chelsea Scism_____
Chelsea L. Scism
Assistant United States Attorney
(212) 637-2105

TO: Counsel of Record (via ECF)